# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2170

_____

Marc Joseph Arens,                              *
                                                *
                    Appellant,                  *
                                                *    Appeal from the United States
            v.                                  *    District Court for the
                                                *    District of Minnesota.
Robert Fletcher,                                *
                                                *    [UNPUBLISHED]
                    Appellee.                   *

_____

Submitted: June 14, 2006
Filed: June 27, 2006

_____

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Marc Joseph Arens brought a 42 U.S.C. § 1983 action against Ramsey County Sheriff Robert Fletcher, alleging civil rights violations by county jail staff. The district court[1] dismissed the action pursuant to 28 U.S.C. § 1915A, and Arens appeals. Having reviewed the record de novo, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude dismissal was proper. See Vaughn v. Greene County, Ark., 438 F.3d 845, 851 (8th Cir. 2006) ( "[I]t

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

is well settled the doctrine of *respondeat superior* is inapplicable to section 1983 claims").

Accordingly, we affirm.

_____